UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMMA MUÑOZ,

 Plaintiff,

v.

          C.A. No.: 08-935 (ESH)

BOARD OF TRUSTEES OF
THE UNIVERISTY OF THE
DISTRICT OF COLUMBIA, *et al.*,

 Defendants.

**DR. APRIL MASSEY'S
MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHER RESPONSE TO PLAINTIFF'S COMPLAINT**

  Pursuant to Fed. R. Civ. P. 6(b), Defendant April Massey, by and through undersigned counsel, hereby moves this Honorable Court for an enlargement of time — up to and including **July 21, 2008** — to file an answer or other response to Plaintiff's Complaint. As grounds therefor, this Defendant represents as follows:

1. Plaintiff filed suit on or about June 2, 2008. Process was then served on Defendant April Massey or about June 10, 2008. An answer or response is due on or about June 30, 2008.

2. Counsel was assigned this matter on June 12, 2008, and will not have an opportunity to prepare a response to the Complaint consistent with Fed. R. Civ. P. 11 prior to June 30, 2008.

3. Plaintiff's Complaint contains factual averments which require a diligent search for responsive information. Due to the press of business, additional time is required to confer with necessary individuals and review pertinent records.

4.	Defendant respectfully requests that this Court extend the time to file its response for an additional twenty (20) days — up to and including **July 21, 2008**.

5.	Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…." This motion is filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6(b)(1).

6.	Undersigned counsel telephoned Plaintiff counsel today — Monday, June 30, 2008 — to determine whether Plaintiff consents to Defendant's request for an enlargement. Plaintiff counsel was not in, and undersigned counsel left a voicemail message that (as of the filing of this motion) has not yet been returned.

7.	No party will be unduly prejudiced should the Court grant the requested relief.

WHEREFORE, for the reasons stated herein and pursuant to Fed. R. Civ. P. 6(b), Defendant April Massey requests additional time — up to and including July 21, 2008 — to file her answer or other response to Plaintiff's Complaint. A memorandum of points and authorities in support of this motion is attached hereto.

        Respectfully Submitted,

        PETER J. NICKLES
        Interim Attorney General, District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        _____/s/_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

          /s/
DWAYNE C. JEFFERSON [980813]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649 p | (202) 727-6295 | (202) 741-0554 fax
dwayne.jefferson@dc.gov

## LCvR 7(m) CERTIFICATION

    I hereby certify that on June 30, 2008, I telephoned Plaintiff counsel to determine whether Plaintiff consents to Defendant's request for an enlargement. Plaintiff counsel was not in, and undersigned counsel left a voicemail message that (as of the filing of this motion) has not yet been returned.

          /s/
          Dwayne C. Jefferson
          Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA MUŇOZ, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 08-935 (ESH) |
| BOARD OF TRUSTEES OF THE UNIVERISTY OF THE DISTRICT OF COLUMBIA, *et al.,* | : |
| Defendants. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING
MOTION FOR ENLARGEMENT OF TIME
TO FILE AN ANSWER OR OTHER RESPONSE TO PLAINTIFF'S COMPLAINT**

In support of her Motion for Enlargement of Time to File a Response to Plaintiff's Complaint, Dr. April Massey relies upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b).

3. The record herein.

Respectfully Submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

              /s/
_____
DWAYNE C. JEFFERSON [980816]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649 p | (202) 727-6295 | (202) 741-0554 fax
dwayne.jefferson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA MUŇOZ, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No.: 08-935 (ESH) |
| : | |
| BOARD OF TRUSTEES OF : | |
| THE UNIVERISTY OF THE : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |
| _____ : | |

## **ORDER**

UPON CONSIDERATION of the Motion for Enlargement of Time to File an Answer or Other Response to Plaintiff's Complaint, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, and it appearing to the Court that the motion should be GRANTED, it is by the Court this _____ day of _____ 2008,

ORDERED:  That the motion shall be and the same is hereby GRANTED; and it is,

FURTHER ORDERED: That Dr. April Massey's time to file an answer or other response to Plaintiff's Complaint is extended up to and including July 21, 2008.

_____
**HON. ELLEN S. HUVELLE**
**Judge, U.S. District Court for the District of Columbia**