UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. EMMA M. MUÑOZ )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BOARD OF TRUSTEES OF THE )<br>UNIVERSITY OF THE DISTRICT )<br>OF COLUMBIA )<br>)<br>and )<br>)<br>DR. APRIL MASSEY )<br>)<br>Defendants ) | Civil No. 08-935 (ESH) |

**DEFENDANT'S OPPOSITION
TO DR. APRIL MASSEY'S MOTION TO ENLARGE TIME TO
FILE ANSWER OR OTHER RESPONSE TO PLAINTIFF'S COMPLAINT**

Plaintiff D. Emma M. Muñoz, through undersigned counsel, hereby opposes Dr. April Massey's Motion To Enlarge Time To File Answer Or Other Response to Plaintiff's Complaint. Defendant Massey has not shown cause under Rule 6(b) for extending the time to file an Answer or other response to the Complaint, other than citing the press of business, the need to confer with unnamed individuals, and the need to review unspecified pertinent records. Dr. Massey's counsel acknowledges he was assigned the Complaint on June 12, 2008, two days after service of the Complaint, allowing him 18 days to file a responsive pleading. No research or review of records is

1

required for counsel to Defendant Massey to prepare an Answer or responsive pleading, other than an interview with Dr. Massey to provide her responses to the Complaint's allegations based upon her knowledge (or lack of knowledge) of each paragraph in the Complaint

WHEREFORE, Plaintiff requests that this Court deny Defendant Massey's Motion for failure to show cause, and enter an order requiring her Answer as required by Rule 12(a)(1)(A) of the Rules of Civil Procedure.

DATE: July 1, 2008


_Michael E. Veve_
Michael E. Veve, PLLC
(D.C. Bar No. 222679)
Lasa, Monroig & Veve, LLP
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
Tel.: (202)261-3524
Fax: (202)261-3523
e-mail: meveve@aol.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either via transmission of the notices of electronic filing generated by CM/ECF or by regular mail to:

Patricia A. Jones, Esquire
Chief, General Litigation Section IV
Office of the Attorney General
One Judiciary Square
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

Dwayne C. Jefferson, Esquire
Assistant General Counsel
Office of the Attorney General
One Judiciary Square
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

_/s/ Michael E. Veve_
Michael E. Veve, PLLC