UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. EMMA M. MUÑOZ<br><br>Plaintiff<br><br>v.<br><br>BOARD OF TRUSTEES OF THE<br>UNIVERSITY OF THE DISTRICT<br>OF COLUMBIA<br><br>and<br><br>DR. APRIL MASSEY<br><br>Defendants | Civil No. 08-935 (ESH) |

PLAINTIFF'S RESPONSE TO
DR. APRIL MASSEY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Plaintiff D. Emma M. Muñoz, through undersigned counsel, hereby responds to Dr. April Massey's Motion To Dismiss Plaintiff's Complaint, and states that Plaintiff does not oppose Defendant Massey's Motion.

_Michael E. Veve_                                                            August 1, 2008
Michael E. Veve, PLLC
(D.C. Bar No. 222679)
Lasa, Monroig & Veve, LLP
1250 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20036
Tel.: (202)261-3524
Fax: (202)261-3523
e-mail: meveve@aol.com

Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 1, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either via transmission of the notices of electronic filing generated by CM/ECF or by regular mail to:

Patricia A. Jones, Esquire
Chief, General Litigation Section IV
Office of the Attorney General
One Judiciary Square
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

Dwayne C. Jefferson, Esquire
Assistant General Counsel
Office of the Attorney General
One Judiciary Square
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

_/s/ Michael E. Veve_
Michael E. Veve, PLLC